UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **JOVAN M. WILHITE**, <br><br> Petitioner, <br><br> v. <br><br> **WARDEN RARDIN**, <br><br> Respondent. | **2:23-CV-11924-TGB-DRG** <br><br> **JUDGMENT** |

**IT IS ORDERED** that the petition for writ of habeas corpus is **DENIED WITHOUT PREJUDICE.**

**IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED**.

Dated at Detroit, Michigan, on Wednesday, May 22, 2024

KINIKIA ESSIX
CLERK OF THE COURT

s/Teresa McGovern
Case Manager and Deputy Clerk

APPROVED:
s/Terrence G. Berg
HON. TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE