23-11924

**FILED**
JUN 10 2024
CLERK'S OFFICE
DETROIT

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
OFFICE OF THE CLERK
THEODORE LEVIN UNITED STATES COURTHOUSE
231 WEST LAFAYETTE BLVD. - ROOM 564
DETROIT, MICHIGAN 48226

OFFICIAL BUSINESS

METROPLEX MI 480
28 MAY 2024 PM 5
US POSTAGE PITNEY BOWES
ZIP 48226  $ 000.64⁰
0000350492 MAY 24 2024

Jovan M. Wilhite
48853-509

Return To Sender
Can Not Identify
Not At Institution
Unauthorized
No Package A...
Unauthorized C
Other

NIXIE   482  DC 1        0006/04/24
RETURN TO SENDER
REFUSED
UNABLE TO FORWARD

BC: 48226271839    *2853-05824-28-40

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **JOVAN M. WILHITE,**<br><br>Petitioner,<br><br>v.<br><br>**WARDEN RARDIN,**<br><br>Respondent. | 2:23-CV-11924-TGB-DRG<br><br>HON. TERRENCE G. BERG<br><br>**OPINION AND ORDER DENYING THE APPLICATION TO PROCEED IN FORMA PAUPERIS AND DISMISSING THE CASE** |

Petitioner Jovan M. Wilhite is a Federal prisoner incarcerated at the Federal Correctional Institution in Milan, Michigan ("FCI-Milan"). Wilhite brings this pro se petition for a writ of habeas corpus under 28 U.S.C. § 2241, ECF No. 1, alongside an application to proceed in forma pauperis ("IFP"), ECF No. 4.

In his IFP application, Wilhite asserts that he has one hundred and fourteen dollars ($114.00) in his checking and/or savings account. ECF No. 4, PageID.8. Based on the financial information provided by Petitioner, the Court concludes that Wilhite has not established indigence and that he is capable of paying the five-dollar ($5.00) filing fee for this action.

Accordingly, the Court **DENIES** the application to proceed in forma pauperis. Moreover, as Wilhite's allegation of poverty is untrue, the Court must **DENY WITHOUT PREJUDICE** the petition for a writ